UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL GONZALEZ PEREZ, A-244-212-463,

Petitioner,

v.

CHRISTOPHER CHESTNUT,

Respondent.

No.  1:26-cv-2787-DAD-CKD P

ORDER

Petitioner is detained by Immigrations and Customs Enforcement and proceeds without counsel. Petitioner paid the filing fee and seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner also states he cannot afford to pay for counsel. (ECF No. 1 at 11.) In light of the complexity of the legal issues involved, the court will appoint counsel for petitioner, pending petitioner being granted *in forma pauperis* status. See 28 U.S.C. § 1915(a); 18 U.S.C. § 3006A(a)(2)(B); Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983). Accordingly, petitioner shall submit the appropriate affidavit in support of a request to proceed in forma pauperis.

In accordance with the above, IT IS ORDERED as follows:

1.   The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

2.   Petitioner shall submit a completed affidavit in support of a request to proceed in forma pauperis within 30 days.

1

3. Within 14 days from the date of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Lisa Kennison, Courtroom Deputy for Chief Magistrate Judge Carolyn K. Delaney, via email at lkennison@caed.uscourts.gov, who shall update docket to reflect counsel's appointment. If counsel is not a member of the Eastern District of California Criminal Justice Act ("CJA") Panel, the Court hereby authorizes them to serve as pro hac vice CJA counsel for petitioner for the duration of the proceedings in this Court pursuant to Local Rule 180(b)(1). If counsel is not admitted to practice before the Eastern District of California court, pursuant to 18 U.S.C. §§ 3005 and 3006A and this District's CJA Plan, General Order 671, § XV.C.1.g as applied here, the Court hereby authorizes said counsel's pro hac vice admission to practice before this court for the duration of the proceedings, nunc pro tunc to the date the appointing authority first contacted counsel about this appointment.

4. The Clerk of the Court shall serve a copy of this order and the petition filed on April 13, 2026, on the Federal Defender, Attention: Habeas Appointment.

Dated: 04/20/26

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 pere2787.110a.imm

2