UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL GONZALEZ PEREZ,<br>Petitioner,<br>v.<br>CHRISTOPHER CHESTNUT,<br>Respondent. | No. 1:26-cv-02787-DAD-CKD<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS<br><br>(Doc. Nos. 16, 24) |

Petitioner Manuel Gonzalez Perez is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 1, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted. (Doc. No. 24.) Specifically, the magistrate judge found that 8 U.S.C. § 1226 rather than § 1225 applies to petitioner, and petitioner's detention without a pre-deprivation hearing following his parole into the United States violates due process. (*Id.* at 4–7.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within three (3) days of service. (*Id.* at 8.) On July 3, 2026, respondent filed his objections to the pending findings and recommendations which are comprised of a single

sentence stating that respondent objects for the same reasons presented in respondent's prior briefing. (Doc. No. 25 at 1.) These objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including respondent's objections, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations issued on July 1, 2026 (Doc. No. 24) are ADOPTED IN FULL;
2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:
    a. Respondent is ORDERED to immediately release petitioner Manuel Gonzalez Perez, A-File No. 244-212-463, from respondent's custody on the conditions he was subject to, if any, immediately prior to his re-detention on January 23, 2026;
    b. Respondent is ENJOINED and RESTRAINED from re-detaining petitioner unless they provide petitioner with notice and a pre-detention hearing before an immigration judge, at which hearing respondent will bear the burden to demonstrate that petitioner is a danger to the community or a flight risk by clear and convincing evidence;
    c. Petitioner's request for attorney's fees is DENIED without prejudice to the filing of a properly noticed and supported motion;
3. Respondent's motion to dismiss (Doc. No. 16) is DENIED;
4. The Clerk of the Court is directed to serve a copy of this order on the California City Detention Facility; and

/////

/////

5. The Clerk of the Court is also directed to ENTER judgment in favor of petitioner and CLOSE this case.

IT IS SO ORDERED.

Dated: **July 21, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE